UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEXTER CARL JONES,

      Petitioner,

v.                                      Case No.  4:24-cv-11342
                                            Honorable F. Kay Behm

MATT MACAULEY,

      Respondent.
_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order dated May 29, 2024, this cause of action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  May 29, 2024

/s/F. Kay Behm
F. KAY BEHM
United States District Judge